# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Jerry H. Ritter

Initial Appearance

| | | | |
|---|---|---|---|
| Case Number: | 12-3109 JB | UNITED STATES vs. Quintana | |
| Hearing Date: | 8/19/2022 | Time In and Out: | 9:59 am-10:08 am |
| Courtroom Deputy: | C. Lopez | Courtroom: | Rio Grande |
| Defendant: | Carlos Arturo Quintana | Defendant's Counsel: | Angelica Hall for Initial Only |
| AUSA: | Nora Wilson | Pretrial/Probation: | Andrea Maestas |
| Interpreter: | Humberto Orive | Witness: | |

## Initial Appearance

- [x] Defendant received a copy of charging document
- [x] Court advises defendant(s) of possible penalties and all constitutional rights
- [x] Defendant wants Court appointed counsel
- [x] Government moves to detain    - [ ] Government does not recommend detention
- [x] Set for Arraignment/Detention Hearing    on Tuesday, August 23, 2022    @ 9:30 am

## Preliminary/Show Cause/Identity

- [ ] Defendant
- [ ] Court finds probable cause    - [ ] Court does not find probable cause

## Detention

- [ ] Defendant waives Detention Hearing
- [ ] 

## Custody Status

- [x] Defendant remanded to custody of United States Marshal's Service
- [ ] Conditions

## Other

- [ ] Defendant waives personal presence at hearing/Court accepts Defendant's waiver
- [x] Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so.
- [ ] Matter referred to ____ for Final Revocation Hearing
- [ ]