# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Jerry H. Ritter

Arraignment/Detention

| | | | |
|---|---|---|---|
| Case Number: | 12-3109 JB | UNITED STATES vs. Quintana | |
| Hearing Date: | 8/23/2022 | Time In and Out: | 9:35 am-9:45 am |
| Courtroom Deputy: | C. Lopez | Digital Recording: | Rio Grande |
| Defendant: | Carlos Arturo Quintana | Defendant's Counsel: | Sarah Gorman |
| AUSA: | Nora Wilson | Pretrial/Probation: | Anthony Galaz |
| Interpreter: | | | |

## Proceedings

- ☐ First Appearance by Defendant
- ☐ Defendant waived appearance at Arraignment
- ☒ Defendant received a copy of charging document
- ☒ Defendant questioned re: time to consult with attorney regarding penalties
- ☒ Defendant waives reading of Indictment
- ☒ Defendant enters a Not Guilty plea
- ☒ Motions due by: Monday, September 12, 2022
- ☒ Discovery Order electronically entered ☐ Discovery Order previously entered
- ☒ Case assigned to: Judge Browning
- ☒ Trial will be scheduled by presiding judge ☐ Trial currently set
- ☐ Defendant waives Detention Hearing

## Custody Status

- ☒ Defendant remanded to custody of United States Marshal's Service
- ☐ Conditions

## Other

- ☐